## (April 5, 1977)

■ DINA M. VISCARDE, Petitioner, v STATE HUMAN RIGHTS APPEAL BOARD et al., Respondents.—Application, pursuant to section 298 of the Executive Law, unanimously denied, the cross motion granted and the petition dismissed, without costs and without disbursements. If not dismissed, the determination would be confirmed on the merits. No opinion. Concur—Murphy, P. J., Birns, Capozzoli and Lane, JJ.

■ In the Matter of MARTIN W. KRAMER, Appellant, v DEPARTMENT OF MOTOR VEHICLES et al., Respondents.—Judgment, Supreme Court, New York County, entered on April 29, 1975, unanimously affirmed, without costs and without disbursements, for the reasons stated by Fine J., at Special Term. Concur—Kupferman, J. P., Birns, Silverman and Capozzoli, JJ.

## (April 7, 1977)

■ ROSENBLUTH & WOLEN, Respondent, v MARSHALL P. SAFIR et al., Appellants, et al., Defendants.—Judgment, Supreme Court, New York County, entered on October 1, 1976, unanimously affirmed for the reasons stated by Wallach, J., at Trial Term. Respondent shall recover of appellants $60 costs and disbursements of this appeal. Concur—Murphy, P. J., Lupiano, Capozzoli and Lane, JJ.

■ In the Matter of the Arbitration between PAUL GALLO, Appellant, and HARTFORD ACCIDENT AND INDEMNITY COMPANY, Respondent.—Judgment, Supreme Court, New York County, entered on December 9, 1975, unanimously affirmed for the reasons stated by Starke, J., at Trial Term. Respondent-respondent shall recover of claimant-appellant $40 costs and disbursements of this appeal. Concur—Lupiano, J. P., Birns, Silverman and Capozzoli, JJ.